# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MGBEMGASA,<br>Petitioner,<br>v.<br>TONYA ANDREWS, et al.,<br>Respondents. | Case No. 1:26-cv-07985-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE CORRECT BOND HEARING ORDER |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 8, 10, 11.)

On September 28, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 3.) On October 6, 2026, Respondents filed a response, which states in pertinent part:

> On August 24, 2026, Petitioner was lawfully detained pursuant to an administrative warrant. Exhibit C (I-200). Petitioner was placed in removal proceedings and charged by Notice to Appear. Ex. B. Petitioner elected a custody redetermination hearing. Exhibit D (I-286). On August 22, 2026, Petitioner was denied bond. Exhibit E (IJ Order).

(ECF No. 9 at 2.) However, Exhibit E is a copy of a bond hearing order for someone else, not Petitioner. (Id. at 18.)

///

Accordingly, Respondents are DIRECTED to file a copy of Petitioner's bond hearing order on or before October 16, 2026.

IT IS SO ORDERED.

Dated: **October 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge